IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
AUG 24 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____
   Deputy Clerk

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

NICOLAS ISAIAH FRANCO aka
Nicholas Isaiah Franco,

　　　　Defendant.

Case No. CR 21-288-RAW

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]**

On or about March 30, 2018, in the Eastern District of Oklahoma, the defendant, **NICOLAS ISIAH FRANCO aka Nicholas Isaiah Franco**, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
Acting United States Attorney

_[signature]_
CLAY A. COMPTON, OBA # 19781
Assistant United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY